ANNA HONEBEIN, Appellant, v. VILLAGE OF MONTICELLO and TOWN OF THOMPSON, Respondents.— Motion to be relieved from printing the deeds showing defendant's chain of title as exhibits. Motion granted. Original deeds or copies may be filed with record and appellant is relieved from the printing thereof as a part of the record. Present — Hill, P. J., Crapser, Heffernan and Schenck, JJ.

In the Matter of the Application of MODERN INDUSTRIAL BANK, Petitioner, against MARK GRAVES and Others, as and Constituting the State Tax Commission of the State of New York, Respondents, to Review a Determination Made under Article 9-A of the Tax Law.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

FRANK DEYO and ELSIE DEYO, Respondents, v. RAYMOND SEAGFRID, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

THE FARMERS NATIONAL BANK OF AMSTERDAM, Respondent, v. UNIVERSAL CREDIT COMPANY, INC., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

CARRIE DRUMM, Respondent, v. MONTGOMERY WARD & CO., INC., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

CARRIE WOOD, Respondent, v. SOCONY-VACUUM OIL COMPANY, INC., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Application of BLANCHE N. MACK, Petitioner, for Review of a Final Determination Made by MARK GRAVES and Others, as and Constituting the State Tax Commission, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of Mrs. HELEN WOLFE, Respondent, against FRANK J. BROHMAN, Doing Business as MAMMONTH FOOD MARKET, and EXCHANGE MUTUAL INDEMNITY INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of disability compensation and death benefits in favor of the widow and minor child of the deceased employee made by the State Industrial Board under the Workmen's Compensation Law. The deceased employee was engaged as a butcher and meat cutter, which operations required him to go in and out of a refrigerator cooler, thereby subjecting himself to sharp variations in temperature. On March 20, 1937, he was compelled to remain in the cooler longer than usual and longer than he had ever remained on any previous occasion. While in the cooler he suffered a sudden chill and was sent home and a doctor called. Pneumonia developed from which he died. The State Industrial Board has found that this pneumonia was the result of an accident and also was an occupational disease. Award affirmed, with costs to the State Industrial Board. Hill, P. J., Bliss, Schenck and Foster, JJ., concur; Crapser, J., dissents, and votes to reverse the award and to dismiss the claim.